■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN FACEN, Appellant. [796 NYS2d 266]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F. Pietruszka, J.—Criminal Possession of Controlled Substance, Fifth Degree). Present—Pigott, Jr., P.J., Green, Gorski, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN FACEN, Appellant. [796 NYS2d 266]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F. Pietruszka, J.—Attempted Criminal Possession of Controlled Substance, Fifth Degree). Present—Pigott, Jr., P.J., Green, Gorski, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GREENE, Appellant. [796 NYS2d 265]—Motion to dismiss appeal granted. Memorandum: Appeal unanimously dismissed and matter remitted to Supreme Court, Erie County, to vacate the judgment of conviction and dismiss the indictment (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Hurlbutt, J.P., Kehoe, Smith, Lawton and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEOPHIS HARRIS, Appellant. [796 NYS2d 266]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Chautauqua County Court, Stephen W. Cass, J.—Burglary, Second Degree). Present—Pigott, Jr., P.J., Green, Gorski, Pine and Lawton, JJ.

■ In the Matter of JUSTIN W. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN W., Appellant. [796 NYS2d 265]—Appeal dismissed without costs (*see Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]). Counsel's motion to be relieved of assignment granted (*see Matter of Jordan S.*, 179 AD2d 1091 [1992]). (Appeal from Judgment of Family Court, Niagara County, John F. Batt, J.—Neglect). Present—Pigott, Jr., P.J., Gorski, Smith, Pine and Lawton, JJ.